# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIE ESTRADA-ISLAS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | Case No. 1:25-cv-00429-SAB<br><br>ORDER REQUIRING PLAINTIFF TO FILE LONG FORM APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES<br><br>(ECF No. 2)<br><br>**TWENTY-ONE DAY DEADLINE** |

　　　　Plaintiff Julie Estrada-Islas filed a complaint on April 11, 2025, seeking judicial review of a final decision of the Commissioner of Social Security denying her application for disability benefits. (ECF No. 1.) Plaintiff did not pay the filing fee in this action and instead filed an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. (ECF No. 2.) However, the Court cannot determine from the information provided in the application if Plaintiff is entitled to proceed in this action without prepayment of fees. Accordingly, Plaintiff shall complete and file an Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) – AO 239. If Plaintiff is unwilling to complete and submit the long form application, Plaintiff must pay the filing fee in full.

　　　　Accordingly, IT IS HEREBY ORDERED that:

　　　　1.　　The Clerk of the Court is directed to forward an *in forma pauperis* application

(Long Form) to Plaintiff;

2. Within **twenty one (21) days** of the date of this order, Plaintiff shall either (1) pay the $405.00 filing fee for this action, or (2) file an application to proceed *in forma pauperis* without prepayment of the fee; and

3. If Plaintiff fails to comply with this order, the Court shall recommend that Plaintiff's application to proceed *in forma pauperis* be dismissed.

IT IS SO ORDERED.

Dated: **April 15, 2025**

STANLEY A. BOONE
United States Magistrate Judge

2