# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIE ESTRADA-ISLAS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | Case No. 1:25-cv-00429-SAB<br><br>ORDER RE STIPULATION FOR EXTENSION OF TIME<br><br>(ECF No. 14) |

On June 27, 2025, the parties filed a stipulation for a sixty day extension of time from July 11, 2025 to September 9, 2025, for Plaintiff to file her opening brief. (ECF No. 14.) This is Plaintiff's first request for an extension of time.

Pursuant to the stipulation of the parties, good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff shall file her opening brief on or before **September 9, 2025**; and
2. All remaining deadlines as set forth in the scheduling order (ECF No. 8) shall be modified accordingly.

IT IS SO ORDERED.

Dated: **June 30, 2025**

STANLEY A. BOONE
United States Magistrate Judge